UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2022
```

In Re: New York City Policing
During Summer 2020 Demonstrations

-------------------------------------X

This filing is related to:

*Payne v. De Blasio, et al.*                                    20-cv-8924 (CM)(GWG)

-------------------------------------X

*Wood v. City of New York, et al.,*                             20-cv-10541 (CM)(GWG)

-------------------------------------X

*Sierra v. City of New York, et al.,*                           20-cv-10291 (CM)(GWG)

-------------------------------------X

## ORDER GRANTING MOTION ALLOWING THE PLAINTIFFS TO FILE A CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT

McMahon, J.:

Plaintiffs in these two class actions have filed a motion for permission to file a consolidate and amended class action complaint. (Docket #686). The proposed pleading would consolidate these two overlapping class action lawsuits; dismiss certain defendants; remove the request for declaratory relief, which would make money damages the only form of relief sought; and add several new defendants on the federal (but not the state law) claims. Plaintiffs do not intend to assert state law claims against any newly-added defendants and do not seek to assert any state law claims against the proposed new defendants. They have represented to the court that they require no additional discovery if the new pleading is allowed.

Defendants consent to the consolidation of the cases, the dismissal of certain defendants and the removal of a request for declaratory relief. They take no position on the addition of

additional defendants on the federal claims, as to which the statute of limitations has not expired (Docket # 737).

The motion is granted in all respects. The clerk of court is directed to remove the motion at Docket #686 from the court's list of open motions.

Dated: September 15, 2022

_Colleen McMahon_
U.S.D.J.

BY ECF TO ALL COUNSEL