# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


In re:                                  :
                                             Docket #1:20-cv-08924-
                                        :    CM
          NEW YORK CITY POLICING
          DURING SUMMER 2020            :
          DEMONSTRATIONS
                                        :  New York, New York
                                           March 4, 2022
                    Defendant.          :
                                             TELEPHONE CONFERENCE
------------------------------------- :


                       PROCEEDINGS BEFORE
             THE HONORABLE GABRIEL W. GORENSTEIN,
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff,
People of the State
of New York:              NYS OFFICE OF THE ATTORNEY GENERAL
                          BY:  LILLIAN MARIE MARQUEZ, ESQ.
                          28 Liberty Street
                          New York, NY 10005


For Plaintiff, Adam
Gray:                     WYLIE STECKLOW PLLC
                          BY:  WYLIE M. STECKLOW, ESQ.
                          111 John Street, Suite 1050
                          New York City, NY 10038


For Plaintiffs, Adama
Sow, Krystin Hernandez,
And Ryan Minett:          COHEN & GREEN P.L.L.C.
                          BY:  REMY GREEN, ESQ.
                          1639 Centre Street, Suite 216 11385
                          Ridgewood, NY 11207



Transcription Service:    Carole Ludwig, Transcription Services
                          155 East Fourth Street #3C
                          New York, New York 10009
                          Phone:  (212) 420-0771
                          Email:  Transcription420@aol.com
```

```
APPEARANCES - Continued:

For the Payne plaintiffs:      NEW YORK CIVIL LIBERTIES UNION
                               BY:  DANIEL ROSS LAMBRIGHT, ESQ.
                               125 Broad Street, Ste. 19
                               New York, NY 10004

For the Sierra plaintiffs:     RICKNER PLLC
                               BY:  ROBERT HOWARD RICKNER, ESQ.
                               14 Wall Street, Suite 1603
                               New York, NY 10005

For Plaintiff, Cameron
Yates:                         STOLL, GLICKMAN & BELLINA, LLP
                               BY:  ANDREW BRIAN STOLL, ESQ.
                               300 Cadman Plaza West, 12th Fl.
                               Brooklyn, NY 11201
For Plaintiff, Charles H.
Wood:                          KAUFMAN LIEB LEBOWITZ & FRICK
                               BY:  ALISON ELLIS FRICK, ESQ.
                               10 E. 40th Street Suite 3307
                               New York, NY 10016

For Defendants:                NEW YORK CITY LAW DEPARTMENT
                               BY:  JENNY SUE-YA WENG, ESQ.
                                    GENEVIEVE NELSON, ESQ.
                                    AMY ROBINSON, ESQ.
                               100 Church Street Room 3-173b
                               New York, NY 10007


Proceedings conducted telephonically and recorded by
electronic sound recording;
Transcript produced by transcription service
```

```
 1                         PROCEEDINGS                         26
 2   alternative dates, we have on the table a proposal to
 3   defendants, which they recently objected, that we have a
 4   double-tracking of certain dates so that at least we have,
 5   even if we lose a day of higher-level folks, we have
 6   another deposition going that day.
 7             MS. ROBINSON:  Your Honor, that --
 8             MS. MARQUEZ:  That would be a --
 9             MS. ROBINSON:  -- the plaintiffs' proposed double-
10   tracking, we simply cannot do that.  For example, for Chief
11   Monahan, the chief of the department is going next week.
12   He requires two days of deposition, two days of prep.  To
13   double-track that would reduce our staffing levels
14   extremely.  It would just be --
15             THE COURT:  Listen, listen, I don't know that we
16   have -- now that you have some breathing room at the other
17   end, I don't know that we have to worry about double-
18   tracking in the same way.  And there has to be -- the high-
19   level people have to block out backup dates, and they have
20   to be before June 10th, and it has to be done realistically
21   so that if they all back out, they can all be done on their
22   later dates.  If that requires double-tracking, so be it.
23   You must give alternate dates for all the high-level
24   people.
25             You know, the odds are if you tell them the
```

```
 1                        PROCEEDINGS                         27
 2  seriousness of this and if you prep them a week in advance
 3  and not two days in advance, it's not going to be an issue.
 4  But you absolutely must have backup dates that you inform
 5  the other side of, saying, "Here's the date for this
 6  person.  And if that date doesn't work, here's the date or
 7  dates that they're going to do it, if for some reason the
 8  first one doesn't work."  And if the first one doesn't
 9  work, I'm trying to think, this has got to be, you know, an
10  emergent project like attending a funeral, not like
11  attending a conference.  It's got to be something that is
12  of an emergent, emergency nature.
13            And I'm trying to think how -- I think that's
14  going to have to be expressed in a representation from the
15  attorney that describes in detail what the problem is and
16  why this person is completely prevented from attending the
17  deposition on that date.  And preparation is not going to
18  be an excuse.  It's going to be a problem of that person.
19  Your preparation's going to have to happen in advance.  And
20  the plaintiffs should feel free to test this deposition
21  under oath if they have any doubts when the deposition
22  ultimately happens.  So make sure your deponents tell you
23  very accurately what the problem is.
24            MS. ROBINSON:  I understand -- this is Amy
25  Robinson, your Honor.  I understand.  Understood.  And I'm
```

```
 1                         PROCEEDINGS                      28
 2   just a little concerned that with backup dates we could --
 3   it would be difficult --
 4              THE COURT:  You could end up in double-tracking, I
 5   don't know.  But you're going to have to get another
 6   attorney on the case.  I don't know what else to tell you.
 7   I hope you will impress upon your deponents how important
 8   it is to appear for their date.
 9              MS. ROBINSON:  I will in fact do that, your Honor.
10   My only concern is the June 10th dates.
11              MX. GREEN:  Your Honor, if I may?  I suspect not
12   everybody has seen this yet.  And as we're thinking about
13   June 10th, the Second Circuit just in part reversed Judge
14   McMahon's decision to deny intervention to the FDA.  And I
15   suspect that that's going to affect where our end date is
16   at the end of the day because we're going to have a bunch
17   of new -- or well, we're going to have one new party in a
18   sense who is starting from square one on discovery.  And,
19   you know, I'm not sure how realistic keeping the time
20   schedule is going to be, given that.
21              THE COURT:  Breaking news.  I mean, I can't see
22   that we should halt depositions for this.  I mean, maybe
23   they have some additional deponents or something.
24              MX. GREEN:  To be clear, yes.  I don't think that
25   we should halt depositions in any way.  I just -- I suspect
```

```
 1                        PROCEEDINGS                       59
 2
 3                  C E R T I F I C A T E
 4
 5        I, Carole Ludwig, certify that the foregoing
 6  transcript of proceedings in the case of In Re: New York
 7  City Policing During Summer 2020 Demonstrations, Docket
 8  #20-cv-08924-CM, was prepared using digital transcription
 9  software and is a true and accurate record of the
10  proceedings.
11
12
13
14
15        Signature  Carole Ludwig
16                   Carole Ludwig
17
18
19        Date:    March 4, 2022
20
21
22
23
24
25
```