UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMIRA SIERRA, AMALI SIERRA, RICARDO NIGAGLIONI, ALEX GUTIERREZ, and CHARLES HENRY WOOD, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br>v.<br><br>CITY OF NEW YORK, a municipal entity; and Mayor BILL DE BLASIO, Chief of Department TERENCE A. MONAHAN, Assistant Chief KENNETH C. LEHR, Inspector ROBERT GALLITELLI, Bureau Chief HARRY WEDIN, Deputy Chief JOHN D'ADAMO, Deputy Chief GERARD DOWLING, Captain JULIO DELGADO, Sergeant KENNETH RICE, Sergeant THOMAS GARGUILO, Police Officer JOHN MIGLIACCIO, and Police Officer THOMAS MOSHER, in their individual capacities,<br><br>                     Defendants. | 20-cv-10291 (CM)(GWG)<br>20-cv-10541 (CM)(GWG)<br><br>~~PROPOSED~~ ORDER |

Upon consideration of the unopposed Motion for Preliminary Approval of Settlement, Conditional Class Certification, Appointment of Class Counsel, Approval of Notice Plane, and Appointment of Class Administrator (Dkt. #879), **IT IS HEREBY ORDERED** as follows:

(1) The proposed settlement terms as reflected in the parties' Stipulation of Settlement and Order ("Stipulation", Dkt. #888-1) are preliminarily approved; and

(2) the proposed class as defined in the parties' Stipulation is conditionally certified pursuant to Fed. R. Civ. P. 23(c) and 23(e); and

(3) Hamilton Clarke, LLP; Kaufman Lieb Lebowitz & Frick LLP; Rickner PLLC; and Michael L. Spiegel, Esq. are appointed as Class Counsel; and

1

(4)   the proposed class settlement notice procedure as reflected in Stipulation is approved; and

(5)   Rust Consulting, Inc. is appointed Class Administrator.

Dated: March 3, 2023

_____

Hon. Colleen McMahon