

MANAGING PARTNERS
Phillip C. Hamilton, Esq.
Lance A. Clarke, Esq.

March 20, 2023

**BY ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *In re: New York City Policing During Summer 2020 Demonstrations*, No. 20 Civ. 8924 (CM) (GWG)
             This filing is related to:
             *Sierra v. City of New York*, 20 Civ. 10291 (CM)(GWG), *consol. with*
             *Wood v. City of New York*, 20 Civ. 10541 (CM) (GWG)

Your Honor:

    I write on behalf of the parties in the *Sierra-Wood* consolidated case to provide the Court the enclosed Confidentiality Stipulation and Order Concerning the Administration of Class Action Settlement pursuant to paragraph 53 of the Stipulation of Settlement and Order (Dkt. 890).

Respectfully submitted,

Joshua S. Moskovitz

cc:    All Counsel of Record

Enc.