UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | **MOTION TO WITHDRAW**<br><br>20 Civ. 8924 (CM) (GWG) |

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Daniel Braun hereby withdraws as counsel in the above-captioned consolidated litigation. After April 21, 2023, I will no longer be associated with the Corporation Counsel of the City of New York

Dated: New York, New York
April 21, 2023

                                            Respectfully submitted,

                                            HON. SYLVIA O. HINDS-RADIX
                                            Corporation Counsel of the City of New York
                                            *Attorney for Defendants*
                                            100 Church Street
                                            New York, New York 10007

                                            By:    /s/ *Daniel Braun*
                                            Daniel M. Braun
                                            Senior Counsel
                                            Special Federal Litigation Division