UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMIRA SIERRA, AMALI SIERRA,
RICARDO NIGAGLIONI, ALEX GUTIERREZ, and
CHARLES HENRY WOOD, individually and on
behalf of all others similarly situated,

                Plaintiffs,

    v.

CITY OF NEW YORK, a municipal entity; and
Mayor BILL DE BLASIO, Chief of Department
TERENCE A. MONAHAN, Assistant Chief
KENNETH C. LEHR, Inspector ROBERT
GALLITELLI, Bureau Chief HARRY WEDIN,
Deputy Chief JOHN D'ADAMO, Deputy Chief
GERARD DOWLING, Captain JULIO DELGADO,
Sergeant KENNETH RICE, Sergeant THOMAS
GARGUILO, Police Officer JOHN MIGLIACCIO,
and Police Officer THOMAS MOSHER, in their
individual capacities,

                Defendants.

20-cv-10291 (CM)(GWG)
20-cv-10541 (CM)(GWG)

**NOTICE OF UNOPPOSED MOTION FOR FINAL SETTLEMENT APPROVAL**

---

      **PLEASE TAKE NOTICE** that, upon the Declaration of Joshua Moskovitz in Support of Unopposed Motion for Final Settlement Approval, dated October 17, 2023, and exhibit thereto; the Declaration of Milan Mader of Rust Consulting, Inc., dated October 17, 2023; and the accompanying Memorandum of Law, Plaintiffs respectfully move this Court for an order:

    (1)  granting final approval to class-wide settlement (Dkt. 890);

    (2)  certifying the class for settlement purposes under Rule 23(b)(3);

    (3)  finding that the notice to the class was materially consistent with the Court's Preliminary Approval Order (Dkt. 892);

    (4)  approving service awards of $21,500 to each of the five Class Representatives;

    (5)  approving payment of $2,250,000 for Class Counsel's attorneys' fees and costs

1

through March 3, 2023 (the date of the Preliminary Approval Order); and

(6) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendants do not oppose this motion.

Dated: October 17, 2023

_/s/_

Joshua S. Moskovitz
Lance A. Clarke
HAMILTON CLARKE, LLP
48 Wall Street, Suite 1100
New York, NY 10005

Alison Frick
Douglas E. Lieb
KAUFMAN LIEB LEBOWITZ & FRICK LLP
18 E. 48th Street, Suite 802
New York, New York 10017

Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100
New York, New York 10005

Rob Rickner
RICKNER PLLC
14 Wall Street, Suite 1603
New York, New York 10005

*Attorneys for Plaintiffs and Certified Class*