# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMIRA SIERRA, AMALI SIERRA,
RICARDO NIGAGLIONI, ALEX GUTIERREZ,
and CHARLES HENRY WOOD, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

-against-

CITY OF NEW YORK, a municipal entity; and
BILL DE BLASIO, TERENCE A. MONAHAN,
KENNETH LEHR, ROBERT GALLITELLI,
HARRY WEDIN, JOHN D'ADAMO,
GERARD DOWLING, JULIO DELGADO,
KENNETH RICE, THOMAS GARGUILO,
JOHN MIGLIACCIO, THOMAS MOSHER,

                Defendants.

**STIPULATION TO
EXTEND TIME
TO FILE CLASS CLAIMS**

20-CV-10291 (CM)(GWG)
20-CV-10541 (CM)(GWG)

**WHEREAS,** plaintiffs' Motion for Preliminary Approval of the Settlement, Conditional Class Certification, Appointment of Class Counsel, Approval of Notice Plan, and Appointment of Class Administrator was approved on March 3, 2023; and

**WHEREAS,** Pursuant to that Stipulation of Settlement and the Court's preliminary approval, the bar date by which claim forms had to be submitted was August 30, 2023;

**WHEREAS,** Class Counsel and the City of New York have agreed to modify and extend the bar date by which claims must be submitted pursuant to Paragraph 89 of the Stipulation of Settlement.

**THUS, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties, that,

The Bar Date by which claim forms must be submitted is extended from August 30, 2023 to September 30, 2023, subject to the Court's approval.

Dated: New York, New York
       October 17, 2023

HAMILTON CLARKE, LLP

_____
Joshua S. Moskovitz
Lance A. Clarke
48 Wall Street, Suite 1100
New York, New York 10005

Alison Frick
Douglas E. Lieb
KAUFMAN LIEB LEBOWITZ
& FRICK LLP
18 E. 48th Street, Suite 802
New York, New York 10017
(212) 660-2332

Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100
New York, New York 10005

Rob Rickner
RICKNER PLLC
14 Wall Street, Suite 1603
New York, New York 10005

*Class Counsel*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
Attorney for City of New York
100 Church Street
New York, NY 10007

By: _____
Joseph M. Hiraoka, Jr.