THE LAW OFFICE OF

# MICHAEL L. SPIEGEL

**48 WALL STREET, SUITE 1100**
**NEW YORK, NEW YORK 10005**
TEL:(212)587-8558        FAX:(888)398-0032

*Of Counsel*
HAMILTON CLARKE LLP

October 23, 2023

**BY ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re.   *Sierra-Wood v. City of New York*, 20 Civ. 10291 & 10541 (CM)(GWG)

Your Honor:

I am one of the counsel for plaintiffs in the above-referenced matter.   I write to respectfully request that the Court accept the recently-filed [Revised Proposed] Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (*Sierra* Dkt. 186).   Defendants do not object to this request.

The revised order differs from the original Proposed Order (Dkt. 184) only insofar as it includes language at ¶ 19 permitting dispersal of attorneys' fees to class counsel through the funding of an annuity that would provide for future periodic payments.   For the Court's convenience, I am attaching the Revised Proposed Order as Exhibit 1.

I thank the Court for its consideration of this request.

Respectfully submitted,

s/

Michael L. Spiegel