

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

OMAR J. SIDDIQI
*Senior Counsel*
osiddiqi@law.nyc.gov
Phone: (212) 356-2345
Fax: (212) 356-1148

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2023

By ECF                                                                                                October 30, 2023

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  In Re: *New York City Policing During Summer 2020 Demonstrations*,
     No. 20 Civ. 8924 (CM) (GWG)
     This filing is related to all cases

Your Honor:

   I am a Senior Counsel in the Special Federal Litigation Division of the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. Earlier today, I filed a letter requesting that the Court extend Defendants' time to oppose the PBA's motion from November 1, 2023 to November 3, 2023. (Dkt No. 1121). In that letter, I inadvertently misrepresented the Plaintiffs' position. I write to correctly represent the Plaintiffs' position with respect to Defendant's application.

   Plaintiffs consent to the City Defendants' request and do not themselves seek an extension. However, in light of the condition added to PBA's consent, Plaintiffs ask that the extension also be granted to Plaintiffs if the Court also extends the time for the PBA's reply.

   Again, I apologize for adding another letter to the Docket Sheet in this matter and my inadvertent misrepresentation of the Plaintiffs' position.

                                                          Respectfully submitted,

                                                          /s/ *Omar J. Siddiqi*
                                                          Omar J. Siddiqi
                                                          *Senior Counsel*
                                                          Special Federal Litigation Division

cc:     ALL COUNSEL (*via* ECF)

*[Handwritten annotations by the Court:]*
11/2/2023
1) City to respond by tomorrow
2) PBA 11/3 + reply 11/15
2) No further extensions
11/2/2023