

**Rickner** PLLC

Rob Rickner | rob@ricknerpllc.com

December 22, 2023

**BY ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Sierra-Wood v. City of New York*, 20 Civ. 10291 & 10541 (CM)(GWG)

Dear Judge McMahon,

Following some negotiation with the City of New York, I was able to pick up, in person, three of the four checks for the funds owed to the class representatives, roughly an hour ago. I will be distributing them to the class representatives.

While we are still disappointed by the unwarranted delay, this effectively resolves the Plaintiff's motion, Docket Number 193.

Repsectfully,

    /s/

Rob Rickner



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2024