**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

January 3, 2024

**Via ECF**

Hon. Gabriel W. Gorenstein
U.S. Magistrate Judge
40 Foley Square
New York, NY 10007

Re: *Sierra/Wood v. City of New York*, 20 Civ. 10291

Your Honor,

On behalf of class counsel, we write concerning the letter submitted by Nicholas Entwistle. ECF No. 197.

In March, Wylie Stecklow, who represented Mr. Entwistle, emailed us to ask about the status of the settlement. Mr. Stecklow did not include Mr. Entwistle's contact information or otherwise indicate that he expected us to reach out to Mr. Entwistle.

In late October, Mr. Entwistle reached out to us for the first time. At that point, we discovered that his name had been recorded incorrectly on the arrest record, so our earlier efforts to find him during the claims period were unsuccessful and the mailings we sent providing notice of the settlement did not reach him.

By that point, the claims period had closed. On November 1, 2023, along with Wylie Stecklow, I asked counsel for the City to agree to allow Mr. Entwistle to participate in the settlement. Lawyers for the City declined that request in an email on November 24, 2023.

Respectfully submitted,

Alison Frick