

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **The City of New York**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | GENEVIEVE NELSON<br>Phone: 212-356-2645<br>gnelson@law.nyc.gov |
|---|---|---|

January 9, 2024

BY ECF
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Sierra/Wood, et al v. City of New York, et al.
          20 Civ. 10291 (CM)(GWG)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. The City writes to respectfully request until tomorrow, January 10, 2024, to file a response to the letter submitted by Nicholas Entwistle.

    Mr. Entwistle submitted a letter on January 2, 2024, months after the Bar Date, seeking to be included as a member in class action settlement in the above-referenced matter. (Dkt. No. 197). The City would like an additional one day to submit its response to that application. We require the additional time to complete the letter and to confirm certain information we intend to include in the letter.

    As such we respectfully request until tomorrow, January 10, 2024, to file a response to Mr. Entwistle's letter. We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    *Genevieve Nelson /s*
                                    Genevieve Nelson
                                    Deputy Chief
                                    Special Federal Litigation Division

cc: All Counsel (via ECF)