UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAMIRA SIERRA et al.,                              :
                                                   :
                Plaintiffs,                        :         ORDER
                                                   :         20 Civ. 10291 (CM) (GWG)
        -v.-                                       :
                                                   :
CITY OF NEW YORK et al.,                           :
                                                   :
                Defendants.                        :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

   Oral argument on the pending application for inclusion of a class member (Docket # 208) will take place on Monday, February 26, 2024, at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.  If there are counsel available who were involved in the negotiation of the settlement, their presence at the oral argument may assist the Court in interpreting the parties' intention as to the phrase "subject to force by police officers." See, e.g. King v. Allied Vision, Ltd., 65 F.3d 1051, 1059 (2d Cir. 1995) (a court may look to "circumstances surrounding the formation" of a settlement agreement in determining the meaning of a term in the agreement).

   SO ORDERED.

Dated: February 21, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge