**Kaufman
Lieb
Lebowitz &
Frick**

attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

March 19, 2024

**Via ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Sierra/Wood v. City of New York*, 20 Civ. 10291

Your Honor:

On behalf of the Parties in this case, I write to inform the Court that we have reached a full and final agreement on Class Counsel's attorneys' fees and costs incurred after March 3, 2023.

When this Court finally approved the class settlement in this case, it approved an award of attorneys' fees and costs incurred through March 3, 2023, the date the settlement was preliminarily approved. ECF No. 189 at ¶ 19 ("Settlement Order"). The Settlement Order stated that Class Counsel should file a petition for fees and costs incurred after March 3, 2023. *Id*. ¶ 20.

In an effort to avoid expensive motion practice, Class Counsel and counsel for the City have engaged in good-faith negotiations to settle the remaining attorneys' fees and costs. We have reached an agreement for the City to pay a total of $340,000 in full satisfaction of all outstanding fees and costs.

We respectfully request that the Court review and sign the attached Order. We thank the Court for its attention to this matter.

Respectfully submitted,

Alison Frick

Alanna Kaufman*  •  Douglas E. Lieb‡  •  David A. Lebowitz  •  Alison Frick*

Alyssa Isidoridy  •  Pooja Shivaprasad  •  Kyla Magun

*Also admitted to practice in New Jersey ‡Also admitted to practice in California and Connecticut