**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAMIRA SIERRA, AMALI SIERRA,
RICARDO NIGAGLIONI, ALEX GUTIERREZ,
and CHARLES HENRY WOOD, individually and
on behalf of all others similarly situated,



20-cv-10291 (CM)(GWG)
20-cv-10541 (CM)(GWG)

Plaintiffs,

v.

CITY OF NEW YORK,

Defendant.

### ORDER GRANTING APPROVAL OF CLASS COUNSEL'S ATTORNEYS' FEES AND COSTS AFTER MARCH 3, 2023

WHEREAS, the Parties in this case reached a class settlement agreement to which the Court granted final approval on October 25, 2023, ECF No. 189 ("Final Approval Order");

WHEREAS, the Final Approval Order granted payment of attorneys' fees and costs to Class Counsel for work performed through the preliminary approval date of March 3, 2023, *id.* ¶ 19;

WHEREAS, the Final Approval Order allowed the Court to retain jurisdiction in order for Class Counsel to make an application for an award of attorneys' fees and costs incurred after March 3, 2023, *id.* ¶ 20; and

WHEREAS, Class Counsel provided attorneys for the City of New York ("City") with records reflecting their reasonable attorneys' fees and costs incurred since March 3, 2023, and the Parties engaged in good-faith negotiations to reach a resolution;

WHEREAS, the Parties now wish to fully and finally resolve all of Class Counsel's outstanding attorneys' fees and costs for work performed after March 3, 2023 without further proceedings.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. The City shall make payments directly to Class Counsel totaling $340,000.00 in full satisfaction of all remaining attorneys' fees and costs, in the following amounts:

    a. Hamilton Clarke, LLP: $175,421.11

    b. Kaufman Lieb Lebowitz & Frick LLP, $95,754.86

    c. Rickner PLLC: $26,895.61

    d. Michael Spiegel, Esq.: $41,928.42

2. Payment shall be made no more than forty-five (45) days after this Stipulation is signed and approved by the Court and all necessary paperwork is submitted to the New York City Law Department.

3. Class Counsel shall provide any necessary documents and relevant information, including, without limitation, General Releases and W-9s.

4. Entry of this Order releases any remaining claim Class Counsel or Plaintiffs will seek to make for attorneys' fees and costs.

Signed and Agreed
March 14, 2024

*Attorneys for Plaintiffs*

By: _____
Joshua S. Moskovitz
HAMILTON CLARKE, LLP
48 Wall Street, Suite 1100
New York, NY 10005
JM@hamiltonclarkellp.com

By: _____
Rob Rickner
RICKNER PLLC
14 Wall Street, Suite 1603
New York, NY 10005
rob@ricknerpllc.com

By: _____
Alison Frick
Douglas E. Lieb
KAUFMAN LIEB LEBOWITZ & FRICK LLP
18 E. 48th Street, Suite 802
New York, NY 10017
africk@kllf-law.com

By: _____
Michael L. Speigel
48 Wall Street, Suite 1100
New York, NY 10005
mikespieg@aol.com

*Attorneys for the City*

Hon. Sylvia Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

By: _____
Geneviève Nelson
Omar Siddiqi
Jenny Weng

SO ORDERED
_____
Hon. Colleen McMahon

3/19/2024
Date