# EXHIBIT I

# Filed Under Seal

# EXHIBIT I

# Filed Under Seal